# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

MATTHEW FORSBERG
ATTORNEY*
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM
*Licensed in MN, TX, and NJ

ROBERTO SALAS
PARALEGAL
DIRECT 612-383-1865
1-888-847-8517 EXT. 865
ROBERTO@FIELDSLAW.COM

February 23, 2024

The Honorable Judge A. Joe Fish
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1404
Dallas, TX 75242-1003

*VIA ECF*

RE:    Wood v. Equifax Information Services LLC, et al.
       Court File No. 3:23-cv-2789

Dear Judge Fish:

Please be advised that Plaintiff Nathan Wood and Defendant Equifax Information Services LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Notice of Dismissal within 60 days. Defendants Trans Union LLC, Nationstar Mortgage, Truist Bank, and First National Bank of Omaha still remain, and Plaintiff has not settled the claims with these Defendants.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/ras
Attorney

cc: All Counsel (via ECF)