IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATHAN WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-2789-G |
| EQUIFAX INFORMATION SERVICES LLC, ET AL., | ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Before the court is the stipulation for substitution of proper defendant Truist Bank (docket entry 36). Accordingly, the court **ORDERS** that Truist Bank is hereby substituted for the defendant Branch Banking and Trust Company dba Truist Financial.

**SO ORDERED**.

February 27, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**