UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATHAN WOOD,<br><br>            Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>            Defendants. | Case No. 3:23-cv-2789<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Nathan Wood, by and through his undersigned counsel hereby dismisses his Complaint against Defendant Experian Information Solutions, Inc. **ONLY** with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: 4/19/2024

RESPECTFULLY SUBMITTED,

**Fields Law Firm**

*/s/ Matthew P. Forsberg*
**MATTHEW P. FORSBERG**
Reg. No. 24082581
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
T: (612) 383-1868
F: (612) 370-4256
Matt@fieldslaw.com


*/s/ Jonathan A. Heeps*
Jonathan A. Heeps
TX Bar No.: 24074387
Post Office Box 174372
Arlington, TX 76003
T: (682) 738-6415
F: (844) 738-6416
jaheeps@heepslaw.com

*Counsel for Plaintiff*