UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATHAN WOOD,<br><br>    Plaintiff,<br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>    Defendants. | Case No. 3:23-cv-2789<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO FIRST NATIONAL BANK OF OMAHA** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, First National Bank of Omaha **ONLY**, by and through their undersigned attorneys, that all claims by Plaintiff against Defendant First National Bank of Omaha **ONLY**, shall be dismissed with prejudice, on its merits and in its entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant.

Dated: 5/29/2024

**Fields Law Firm**

*/s/ Matthew P. Forsberg*
**MATTHEW P. FORSBERG**
Reg. No. 24082581
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
T: (612) 383-1868
F: (612) 370-4256
Matt@fieldslaw.com


**LAW OFFICE OF JONATHAN A. HEEPS**

*/s/ Jonathan A. Heeps*
Jonathan A. Heeps

1

          TX Bar No.: 24074387
          Post Office Box 174372
          Arlington, TX 76003
          T: (682) 738-6415
          F: (844) 738-6416
          Email: jaheeps@heepslaw.com

          ***Counsel for Plaintiff***

Dated: 5/29/2024          By: /s/*Eugene Xerxes Martin*
          Eugene Xerxes Martin
          TX Bar No. 24078928
          8750 North Central Expressway
          Northpark Central, Suite 1850
          Dallas, TX 75231
          T: (214) 346-2630
          xmartin@mgl.law

          ***Counsel for Defendant***